UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
ATLANTA DIVISION

| | |
|---|---|
| **CHRISTINA HARDIN,**<br><br>Plaintiff,<br><br>vs.<br><br>**CENTRAL CREDIT SERVICES, INC.; and DOES 1 through 10, inclusive,**<br><br>Defendant. | Civil Action No.:<br>4:13-cv-01463-VEH |

## NOTICE OF SETTLEMENT

Plaintiff, CHRISTINA HARDIN, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendants, CENTRAL CREDIT SERVICES, INC.; and DOES 1 through 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.


///

///

1

DATED: September 5, 2013

                        RESPECTFULLY SUBMITTED,

                        By: /s/ Brandon Walker, Esq.
                        Brandon Walker, Esq.
                        (ASB-7482-H62W)
                        Walker McMullan, LLC
                        242 West Valley Avenue
                        Suite 312
                        Birmingham, AL 35209
                        (205) 417-2541
                        brandon@walkermcmullan.com
                        *Attorney for Plaintiff*
                        *Christina Hardin*