## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| CHRISTINA HARDIN, <br><br> Plaintiff, <br><br> vs. <br><br> CENTRAL CREDIT SERVICES, INC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 4:13-cv-01463-VEH |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to FRCP 41a(1), Plaintiff, CHRISTINA HARDIN, by and though her attorney, hereby voluntarily dismisses the above-entitled case with prejudice.

DATED: September 24, 2013

RESPECTFULLY SUBMITTED,

By: _____
M. Brandon Walker, Esq.
(ASB-7482-H62W)
Walker McMullan, LLC
242 West Valley Avenue
Suite 312
Birmingham, AL 35209
(205) 417-2541
brandon@walkermcmullan.com
*Attorney for Plaintiff, Christina Hardin*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy to the defendant, CENTRAL CREDIT SERVICES, INC., at the address stated below, which is the last known address of said Defendant, and deposited said envelope in the United States mail.

CENTRAL CREDIT SERVICES, INC.
9550 Regency Square Blvd, Suite 602
Jacksonville, Florida 32225

By: /s/ Brandon Walker
Brandon Walker, Esq.