# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **CHRISTINA HARDIN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 4:13-CV-1463-VEH |
| | ) |
| **CENTRAL CREDIT SERVICES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the court is a Notice of Voluntary Dismissal (Doc. 10) (the "Notice") filed by Plaintiff on September 24, 2013.  Insomuch as this Notice seeks a voluntary dismissal of this action with prejudice, the court points out that, after being notified of the parties' settlement, the court dismissed this lawsuit with prejudice on September 6, 2013.  (Doc. 9).

**DONE** and **ORDERED** this 26th day of September, 2013.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge